UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| NORTH ATLANTIC STATES REGIONAL COUNCIL OF CARPENTERS LOCAL UNION NO 3073 OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA **Plaintiff** | ) | |
| v. | ) | CIVIL NO. 2:26-cv-00352-SDN |
| DONALD TRUMP, et al **Defendants** | ) | |

ORDER TO SHOW CAUSE

The record in this matter reflects that more than 90 days have expired since the filing of the complaint and that service of process remains to be accomplished on defendants.

Now therefore, pursuant to Fed. R. Civ. P. 4(m), the plaintiff shall show good cause in writing no later than October 20, 2026 why such service was not timely made, failing which the complaint shall be dismissed.

Stacey D. Neumann
United States District Judge

By: /s/ Michelle Thibodeau
Deputy Clerk

Dated this 6th day of October, 2026.